1
2
3                       UNITED STATES DISTRICT COURT
4                            DISTRICT OF NEVADA
5                                  * * *
6    In re: Clarence Gamble,                    Case No. 2:21-ms-00011-MMD
     Attorney at Law, Bar No. 4268
7                                                         ORDER
8
9

10   **I.     SUMMARY**

11          This is an attorney discipline matter. Before the Court is Clarence Gamble's

12   renewed petition for reinstatement (the "Petition"). (ECF No. 16.) As further explained

13   below, the Court will grant Mr. Gamble's Petition.

14   **II.    BACKGROUND**

15          Following notice from the Nevada State Bar regarding Mr. Gamble's suspension

16   in state court, the Court issued an order to show cause as to why Mr. Gamble should not

17   also be suspended from practice in this Court. (ECF No. 1 ("OSC").) Mr. Gamble did not

18   file a timely response to the OSC, so the Court suspended him from practice in this Court.

19   (ECF No. 2.) In 2019, the Court received notice from the NSC that it reinstated Mr.

20   Gamble subject to certain probationary conditions. (ECF No. 3.)

21          Mr. Gamble then filed a petition for reinstatement. (ECF No. 4.) In that petition, Mr.

22   Gamble argued the Court should reinstate him because the NSC reinstated him, and he

23   satisfied the probationary conditions the NSC imposed on him. (*Id.* at 2-3.) However, Mr.

24   Gamble did not submit any evidence permitting the Court to verify his representation that

25   he has successfully discharged the probationary conditions the NSC imposed on him.

26   (*See generally id.*) Thus, the Court denied his petition for reinstatement without prejudice

27   to him filing a renewed petition that included evidence permitting the Court to verify his

28   representations in his prior petition. (ECF No. 5.)

1   The Petition followed. (ECF No. 6.) Mr. Gamble attached a current certificate of

2   good standing from the State Bar of Nevada (*id.* at 4), and a copy of an email from Phil

3   Pattee of the State Bar of Nevada stating that Mr. Gamble successfully discharged the

4   probationary conditions the NSC imposed on him in September 2020 (*id.* at 6) to his

5   Petition.

6   **III.   DISCUSSION**

7   Local Rule IA 11-7(i) states that an attorney who is the subject of an order of

8   suspension "may petition for reinstatement to practice before this court or for modification

9   of the order as may be supported by good cause and the interests of justice." LR IA 11-

10   7(i). The Rule further provides: "if the attorney was readmitted by the supervising court or

11   the discipline imposed by the supervising court was modified or satisfied, the petition must

12   explain the situation with specificity, including a description of any restrictions or

13   conditions imposed on readmission by the supervising court." *Id.* However, the decision

14   as to whether and under what circumstances the attorney will be reinstated to practice

15   before this Court is left to the discretion of the Chief Judge, or other reviewing judge if the

16   Chief Judge refers the matter to another judge. *See id.*; *see also* LR IA 11-7(a).

17   The Court will grant the Petition because Mr. Gamble has sufficiently demonstrated

18   he successfully discharged the NSC's probationary conditions and is an attorney in good

19   standing with the State Bar of Nevada. (ECF No. 6 at 4, 6.) Moreover, Mr. Gamble's

20   Petition demonstrates understanding of the Court's prior order granting him leave to

21   petition this Court for reinstatement once he could proffer evidence sufficient to show that

22   he is able to practice in Nevada state courts unencumbered by any probationary

23   conditions. (ECF No. 5 at 2.) The Court thus finds that Mr. Gamble has shown cause to

24   be readmitted to the bar of this Court.

25   ///

26   ///

27   ///

28   ///

1

IV.     **CONCLUSION**

2           It is therefore ordered that Mr. Gamble's renewed petition for reinstatement (ECF

3    No. 6) is granted.

4           DATED THIS 5th Day of April 2021.

5

6                                                    _____

7                                                    MIRANDA M. DU
                                                     CHIEF UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28